# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MATHEW GRUBEL, ERIC TOMLINSON, FRANCES BYERS, CAROL M. COCCAGNA, AND THE CLASS THEY REPRESENT, | : | No. 710 EAL 2015 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| Petitioners | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| CITY OF PHILADELPHIA AND COUNTY BOARD OF ELECTIONS, | : | |
| | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.